United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-10125-amc
Anthony Esposito                                                          Chapter 13
Margaret A. Lawrence
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi          Page 1 of 2          Date Rcvd: Apr 17, 2017
                           Form ID: 138NEW       Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
```
db/jdb     +Anthony Esposito,    Margaret A. Lawrence,    3810 Fairdale Road,    Philadelphia, PA 19154-3404
cr        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX 75063)
12648110  ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
            (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
            Arlington, TX 76096)
12641803   AmeriCredit Financial Services,    P.O. Box 181145,    Arlington, TX 76096-1145
12641805  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court: Bank of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110)
13034026   BANK OF AMERICA, N.A.,    P.O. Box 660933,    Dallas, Texas 75266-0933
12641804  +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
13034481  +Bank of America NA,    c/o Margaret Gairo,    123 S. Broad St., Ste. 2080,
            Phila., PA 19109-1031
12719285  +Bank of America, N.A. et al,    c/o KEVIN T MCQUAIL,    McCabe Weisberg & Conway P.C.,
            123 S. Broad Street, Suite 2080,    Philadelphia, PA 19109-1031
12715074   Bank of America, N.A., et al,    P.O. Box 660933,    Dallas, Texas 75266-0933
12732318  ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
            (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
            PO Box 10390,    Greenville, SC 29603-0390)
12641806   Dell Computer / Web Bank,    P.O. Box 81577,    Austin, TX 78708-1577
12641807  +Dell Computer / Web Bank,    1 Dell Way,    Round Rock, TX 78682-0001
12641812  ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
            (address filed with court: HSBC - Best Buy,    P.O. Box 15519,    Wilmington, DE 19850)
12641813  +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
12641810  +Home Depot / Citibank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
12641811  +Home Depot Credit Services,    P.O. Box 790328,    Saint Louis, MO 63179-0328
13885083  +Nationstar Mortgage LLC,    c/o Matteo S. Weiner Esq.,    KML Law Group PC,
            701 Market St., Ste. 5000,    Phila., PA 19106-1541
12762652   Navient Solutions Inc.,    fka Sallie Mae,    PO Box 9640,    Wilkes-Barre, PA 18773-9640
12697975  +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
            Attn: Bankruptcy Dept 3F
12641815  +TD Auto Finance,    5225 Crooks Road, Ste. 140,    Troy, MI 48098-2823
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Apr 18 2017 01:21:32    City of Philadelphia,
            City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
            Philadelphia, PA 19102-1595
smg         E-mail/Text: RVSVCBKNOTICE1@state.pa.us Apr 18 2017 01:20:58
            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
            Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 18 2017 01:21:19    U.S. Attorney Office,
            c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12712124    E-mail/Text: bankruptcy@cavps.com Apr 18 2017 01:21:15    Cavalry Portfolio Services, LLC,
            500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
12641808    E-mail/Text: mrdiscen@discover.com Apr 18 2017 01:20:36    Discover Card,    P.O. Box 15316,
            Wilmington, DE 19850
12654963    E-mail/Text: mrdiscen@discover.com Apr 18 2017 01:20:36    Discover Bank,
            DB Servicing Corporation,    PO Box 3025,    New Albany OH  43054-3025
12641809   +E-mail/Text: ally@ebn.phinsolutions.com Apr 18 2017 01:20:35    GMAC,    P.O. Box 105677,
            Atlanta, GA 30348-5677
12752713    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2017 01:23:36
            Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12641814   +E-mail/PDF: pa_dc_claims@navient.com Apr 18 2017 01:16:41    Sallie Mae,    P.O. Box 9500,
            Wilkes Barre, PA 18773-9500
                                                                                       TOTAL: 9
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
            (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
            Arlington, TX  76096)
cr*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,
            Dallas, TX 75261-9741)
13501986*  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage, LLC,    P.O. Box 619096,
            Dallas, TX 75261-9741)
13150997*  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
            Lewisville, TX 75067)
                                                                          TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Apr 17, 2017
                             Form ID: 138NEW          Total Noticed: 30
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2017 at the address(es) listed below:
          KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A., et al ecfmail@mwc-law.com
          MARISA MYERS COHEN    on behalf of Creditor    Bank of America, N.A., et al mcohen@mwc-law.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          RANDAL   COWLES    on behalf of Joint Debtor Margaret A. Lawrence rcowles@subranni.com,
          desk@subranni.com
          RANDAL   COWLES    on behalf of Debtor Anthony  Esposito rcowles@subranni.com,   desk@subranni.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@phl3trustee.com,   philaecf@gmail.com
                                                                          TOTAL: 7
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Anthony Esposito and Margaret A. Lawrence

          Debtor(s)
                                   Bankruptcy No: 12−10125−amc

                                   Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 4/17/17