United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 12-10125-amc
Anthony Esposito                                               Chapter 13
Margaret A. Lawrence
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi              Page 1 of 1             Date Rcvd: May 26, 2017
                              Form ID: 195             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2017.
db/jdb         +Anthony Esposito,   Margaret A. Lawrence,   3810 Fairdale Road,   Philadelphia, PA 19154-3404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
              KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A., et al ecfmail@mwc-law.com
              MARISA MYERS COHEN    on behalf of Creditor    Bank of America, N.A., et al mcohen@mwc-law.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              RANDAL  COWLES    on behalf of Joint Debtor Margaret A. Lawrence rcowles@subranni.com,
               desk@subranni.com
              RANDAL  COWLES    on behalf of Debtor Anthony  Esposito rcowles@subranni.com,  desk@subranni.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Anthony Esposito and Margaret A. Lawrence                             : Case No. 12−10125−amc
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , May 26, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

66
Form 195